**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHIPPING and TRANSIT, LLC,

Plaintiff,

**Case No. 16-CV-80192**

vs.

WHAT SHE BUYS

Defendant.
_________________________________/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Shipping and Transit, LLC, hereby notify this Court and all parties that they voluntarily dismiss, without prejudice, all claims in this action against Defendant, What She Buys, with all parties to bear their own costs, expenses and attorneys' fees.

Dated: July 21, 2016

Respectfully submitted:

/s/Jason P. Dollard

JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiff